IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.  23-CR-60

PETER GERACE, JR.,

                Defendant.

## NOTICE OF APPEARANCE

TO:    Clerk of the United States District Court
         for the Western District of New York

You are hereby requested to remove Assistant United States Attorney Caitlin Higgins as counsel for the United States and enter my appearance as counsel for the United States on the above-entitled action.

DATED:    Buffalo, New York, January 30, 2025

                TRINI E. ROSS
                United States Attorney

BY:    s/EVAN K. GLABERSON
         Assistant United States Attorney
         United States Attorney's Office
         Western District of New York
         138 Delaware Avenue
         Buffalo, New York   14202
         716-843-5871
         Evan.Glaberson@usdoj.gov